**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

FLOYD ATKERSON,

Plaintiff,

v.

T. MIRANDA, et al.,

Defendants.

No. 2:26-cv-00247-TLN-SCR (PC)

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

**THIRTY-DAY DEADLINE**

On October 29, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge